DASEY v. SKINNER *et al.*

(*Supreme Court, General Term, Fourth Department.* September 20, 1890.)

Case submitted on agreed statement wherein Timothy Dasey was plaintiff, and William Skinner and others, water commissioners of the village of Little Falls, were defendants.

Argued before KENNEDY, MARTIN, and MERWIN, JJ.

*McEvoy & Jones*, for plaintiff. *J. D. Beckwith* and *A. M. Mills*, for defendants.

KENNEDY, J. This, like the preceding case, (*ante*, 821,) comes here on a statemen t of facts agreed upon, and with one exception is the same. It appears that the plaintiff was given a day for hearing by, and that he appeared before, the commissioners, and presented his objections to the levy of the tax. It cannot, therefore, be urged that his property was taken without due process of law. The tax was for water-rates accruing subsequent to the passage of chapter 507 of the Laws of 1889. The complaint herein is, therefore, dismissed upon the merits, but without costs. All concur.